1  Clarissa A. Kang, SBN 210660
   Michelle L. Schuller, SBN 255787
2  TRUCKER ✦ HUSS
   A Professional Corporation
3  100 Montgomery Street, 23rd Floor
   San Francisco, California 94104
4  Telephone:  (415) 788-3111
   Facsimile:  (415) 421-2017
5  E-mail:     ckang@truckerhuss.com
               mschuller@truckerhuss.com
6
7  Attorneys for Plaintiffs Board of Trustees
   of the Clerks and Lumber Handlers Pension
   Fund
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

| BOARD OF TRUSTEES OF THE CLERKS AND LUMBER HANDLERS PENSION FUND, | Case No. 10-01757 MEJ |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED CASE MANAGEMENT DEADLINES |
| vs. | |
| PIEDMONT LUMBER & MILL COMPANY, INC. | |
| Defendant. | |

17      Plaintiffs BOARD OF TRUSTEES OF THE CLERKS AND LUMBER HANDLERS

18  PENSION FUND and Defendant PIEDMONT LUMBER & MILL COMPANY, INC. stipulate, by

19  and through their respective counsel, to continue the dates by which the parties are required to (1)

20  meet and confer pursuant to Rule 26(f), which is currently due on or before July 15, 2010; (2) file

21  an ADR Certification, which is currently due on or before July 15, 2010; (3) file either a

22  Stipulation to ADR Process or Notice of Need for a Phone Conference, which is currently due on

23  or before July 15, 2010; (4) file a Rule 26(f) Report, which is currently due on or before July 29,

24  2010; (5) file Rule 26(a)(1) Initial Disclosures, which is currently due on or before July 29, 2010;

25  and (6) attend the case management conference, which is currently scheduled for August 5, 2010.

26  All of the current deadlines for these case management dates were set by the Court's April 23,

27  2010 ADR Scheduling Order (Docket #2).

28

The parties agree that each of the above referenced deadlines should be continued until after Defendant's response to the Complaint (Docket #1), which is due on or before August 23, 2010. The parties respectfully make this request because the parties believe that the issues presented in the case will be further clarified through the Defendant's response to the Complaint, which clarification, in turn, will potentially affect the content and scope of the parties' Rule 26(f) conference, Rule 26(f) Report and Rule 26(a)(1) Initial Disclosures.

Therefore, in the interests of efficiency, cost effectiveness and judicial economy, the parties agree that each of the above referenced actions shall be rescheduled to dates occurring after the Defendant's response to the Complaint as follows: (1) the parties shall meet and confer pursuant to Rule 26(f) no later than August 30, 2010; (2) the parties shall file an ADR Certification no later than August 30, 2010; (3) the parties shall file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference no later than August 30, 2010; (4) the parties shall file their Rule 26(f) Report and serve Rule 26(a)(1) Initial Disclosures within fourteen (14) days after the parties meet and confer on September 13, 2010; and (5) the case management conference shall be scheduled for September 23, 2010, which is Magistrate Judge James' first available Thursday that is at least twenty-one (21) after the parties meet and confer. The case management conference scheduled for August 5, 2010 shall be taken off the calendar, provided the Court approves this stipulation.

The parties have made no previous requests to extend or shorten any deadlines in this case.

The parties' current request for a continuance of case management deadlines will not alter any other dates or deadlines set by Court order.

DATED: July 14, 2010

TRUCKER ✦ HUSS

By: /s/ Michelle L. Schuller
Michelle L. Schuller
Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE CLERKS
AND LUMBER HANDLERS PENSION FUND

DATED: July 14, 2010

        McNutt Law Group, LLP

        By: /s/ Douglas C. Graham
            Douglas C. Graham
            Attorneys for Defendant
            PIEDMONT LUMBER & MILL COMPANY, INC.

I attest that I have obtained Mr. Graham's concurrence in the filing of this document.

Dated: July 14, 2010

        /s/ Michelle L. Schuller
        Michelle L. Schuller

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 14, 2010

        Honorable Maria-Elena James, Magistrate Judge
        United States District Court, District of Northern California

Trucker ♦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104