UNITED STATES DISTRICT COURT

Northern District of California

BOARD OF TRUSTEES,

           Plaintiff,

  v.

PIEDMONT LUMBER & MILL CO., INC.,

           Defendant.
_____/

No. C 10-1757 MEJ

**ORDER VACATING CMC**

This matter is currently scheduled for a case management conference on September 23, 2010. However, the Clerk of Court has entered default against Defendant Piedmont Lumber & Mill Company, and no case management statement has been filed. Accordingly, the Court hereby VACATES the September 23 c.m.c. Plaintiff shall file a motion for default judgment within 30 days from the date of this Order.

    **IT IS SO ORDERED.**

Dated: September 17, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge