| | |
|---|---|
| BOARD OF TRUSTEES OF THE CLERKS AND LUMBER HANDLERS PENSION FUND,<br><br>    Plaintiff,<br><br>  vs.<br><br>PIEDMONT LUMBER & MILL CO., INC.,<br><br>    Defendant. | Case No: C 10-1757 SBA<br><br>**JUDGMENT** |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In accordance with the Court's Order Accepting Report and Recommendation of Magistrate Judge regarding Plaintiff's Motion for Default Judgment,

IT IS HEREBY ORDERED THAT judgment is entered in favor of Plaintiff. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: 1/31/11

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge