UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CLERKS AND LUMBER HANDLERS PENSION FUND,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PIEDMONT LUMBER & MILL COMPANY, INC.,<br><br>　　　　　Defendant. | Case No:  C  10-1757 SBA<br><br>**ORDER OF REFERENCE**<br><br>Docket 35. |

On June 22, 2012, Plaintiff filed an Application and Order for Appearance and Examination.  Dkt. 35.  IT IS HEREBY ORDERED THAT this matter is REFERRED to the Chief Magistrate Judge or her designee to conduct a Judgment Debtor Exam.  See Civ. L.R. 72-1.

IT IS SO ORDERED.

Dated: 9/19/12

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　United States District Judge