IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CLERKS AND LUMBER HANDLERS PENSION FUND,<br><br>  Plaintiff,<br><br>  v.<br><br>PIEDMONT LUMBER AND MILL COMPANY INC, *et al.*<br><br>  Defendants.<br>_____/ | No. C 13-03898 WHA<br><br>No. C 10-01757 SBA<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In their joint case management statement, the parties identify *Board of Trustees of the Clerks and Lumber Handlers Pension Fund v. Piedmont Lumber & Mill Company, Inc.*, No. C-10-01757 SBA, as a related action. As both actions substantively involve the same parties, this action is hereby referred to Judge Saundra Brown Armstrong to determine whether both actions are related.

**IT IS SO ORDERED.**

Dated: March 25, 2014.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE